1  Robert S. Arns, State Bar No. 65071 (rsa@arnslaw.com)
2  Jonathan E. Davis, State Bar No. 191346 (jed@arnslaw.com)
   Zachariah D. Hansen, State Bar No. 267755 (zdh@arnslaw.com)
3  Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)
   Katherine A. Rabago, State Bar No. 333374 (kar@arnslaw.com)
4  **THE ARNS LAW FIRM**
   A Professional Corporation
5  515 Folsom Street, 3rd Floor
   San Francisco, California  94105
6  Phone: (415) 495-7800
7  Fax: (415) 495-7888

8  Attorneys for Plaintiff DAVID DUNSON

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DUNSON;<br><br>           Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY; CITY OF LAFAYETTE; TOWN OF MORAGA; OFFICER KEVIN WHITE, and DOES 1 to 100, inclusive<br><br>           Defendants. | Case No: 3:21-cv-03190-JS<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION** |

PLAINTIFF David Dunson, by and through their counsel of records, requests that the Court dismiss the above referenced matter in its entity.

Dated: November 29, 2022

THE ARNS LAW FIRM

[Signature]

BY: _____
ZACHARIAH D. HANSEN
Attorneys for Plaintiffs

[Stamp: IT IS SO ORDERED — Judge Joseph C. Spero — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

-1-

Request For Dismissal Of Entire Action

<u>*David Dunson v. Contra Costa County, et al.*</u>
<u>*Northern District Court of CA ; C21-03190 JCS*</u>

CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the above-entitled action. I am an employee of The Arns Law Firm, A Professional Corporation, and my business address is 515 Folsom Street, 3rd Floor, San Francisco, CA 94105

On November 29, 2022, I served the following: **REQUEST FOR DISMISSAL OF ENTIRE ACTIONS** on all interested parties in the above cause, by:

__X__ **ONLY BY ELECTRONIC TRANSMISSION** Only by emailing the document(s) to the persons at the e-mail address(es) below pursuant to California Code of Civil Procedure § 1010.6

The envelopes were addressed as follows:

Mary Ann McNett Mason
Dylan Radke
County of Contra Costa
1025 Escobar Street, Third Floor
Martinez, CA 94553
PHONE: 925-655-2280
FAX: 925-655-2266
Dylan.Radke@cc.cccounty.us
Counsel for Contra Costa County and City of Lafayette and Kevin White

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Executed on November 29, 2022 at San Francisco, California.

_____
MARY BACELIS